FILED
JUN - 8 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DAEVON BARKSDALE, a minor, by his
father and next friend, Leonard Parker
1239 Rock Creek Ford Road, N.W.
Washington, DC 20011

                Plaintiff,

v.

WASHINGTON METROPOLITAN AREA
    TRANSIT AUTHORITY
600 Fifth Street, N.W.
Washington, DC 20001

                Defendant.

CASE NUMBER   1:06CV01059
JUDGE: Richard J. Leon
DECK TYPE: Personal Injury/Malpractice
DATE STAMP: 06/08/2006

JURY ACTION

**PETITION FOR REMOVAL BY DEFENDANT**
**WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY**

To the Judges of the United States District Court for the District of Columbia:

1. On May 5, 2006, Plaintiff filed this action against WMATA, in the Superior Court for the District of Columbia, in the case titled <u>Daevon Barksdale v. WMATA</u>, No. 06-3468.

2. Defendant WMATA was served on May 11, 2006.

3. The Summons and Complaint, which are the initial pleadings setting forth a claim against Defendant, the Initial Scheduling Order and Answer are attached as Exhibit A. Exhibit A constitutes all process, pleadings, or orders filed in this case.

4. This is a civil action in which this Court has original jurisdiction under the WMATA Compact, Public Law 89-774, paragraph 81, approved by Congress on November 6, 1996, as amended, reprinted at D.C. Code 9-1107.01, Section 81, which provides:

The United States District Courts shall have original jurisdiction, concurrent with the Courts of Maryland and Virginia, of all actions brought by or against the Authority and to enforce subpoenas issued under this Title. Any such action initiated in a State Court shall be removable to the appropriate Untied States District Court in the manner provided by Act of June 25, 1948, as amended (28 U.S.C. 1446).

WHEREFORE, Defendant WMATA requests that the entire referenced action now pending in the District of Columbia Superior Court be removed to this Court.

Respectfully submitted,

Carol B. O'Keeffe #445277
Acting General Counsel

Mark F. Sullivan #430876
Deputy General Counsel

_Karen K. Fineblum_
Karen Kohn Fineblum #452800
Associate General Counsel
Attorneys for Defendant -- WMATA
600 Fifth Street, N.W.
Washington, D.C. 20001
(202) 962-2569

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Removal was mailed, postage prepaid, this 8th day of June, 2006 to:

Hubert M. Schlosberg, Esq.
Richard Johns, Esq.
2000 Massachusetts Avenue, NW
Third Floor
Washington, DC 20036

_____
Karen Kohn Fineblum