IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAEVON BARKSDALE, )<br>  )<br>Plaintiff, )<br>  )<br>v. )<br>  )<br>WASHINGTON METROPOLITAN )<br>AREA TRANSIT AUTHORITY, )<br>  )<br>Defendant. )<br>  ) | CASE NUMBER: 06-1059 (RJL) |

### PLAINTIFF'S OPPOSITION TO DEFENDANT'S PETITION FOR REMOVAL AND REQUEST FOR REMAND TO THE DISTRICT OF COLUMBIA'S SUPERIOR COURT

COMES NOW, Plaintiff, through undersigned counsel and pursuant to D.C. Code 9-1107.01, hereby opposes Defendant Washington Metropolitan Area Transit Authority's Petition for Removal and requests this Court to remand the above-captioned action back to the Superior Court for the District of Columbia ("Superior Court"). In further support of his motion, Plaintiff respectfully submits the accompanying Memorandum of Points and Authorities ("Memorandum").

WHEREFORE, for the reasons stated in the accompanying Memorandum filed simultaneously herewith, Plaintiff respectfully requests that the Court remand this action back to the Superior Court.

Dated: June 19, 2006  Respectfully submitted,

_____
Hubert M. Schlosberg, Esq. #28290
Richard F. Johns #470103
2000 Massachusetts Ave., N.W. – 3rd Floor
Washington, DC 20036
(202) 483-3500
*Counsel for Plaintiff*

LAW OFFICES
HUBERT M. SCHLOSBERG
2000 MASSACHUSETTS AVE., NW
THIRD FLOOR
WASHINGTON, D.C. 20036
(202) 483-3500

RECEIVED
JUN 19 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAEVON BARKSDALE, | ) |
| Plaintiff, | ) |
| v. | ) CASE NUMBER: 06-1059 (RJL) |
| WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY, | ) |
| Defendant. | ) |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S PETITION FOR REMOVAL AND REQUEST FOR REMAND TO THE DISTRICT OF COLUMBIA'S SUPERIOR COURT**

**I. INTRODUCTION AND FACTUAL BACKGROUND**

On May 5, 2006, Plaintiff filed this action in the Superior Court for the District of Columbia ("Superior Court"). On May 11, 2006, Defendant Washington Metropolitan Area Transit Authority ("WMATA" or "Defendant") was served with Plaintiff's complaint. On or about June 7, 2006, WMATA filed a Notice of Removal requesting that this action be removed from Superior Court to the United States District Court for the District of Columbia. This Court granted the Defendant's request for removal, and on or about June 8, 2006 this action was transferred to the United States District Court. As argued below, this action should be remanded back to the Superior Court because: (1) the Superior Court has concurrent subject matter jurisdiction with this Court; and (2) Plaintiff's counsel does not have the computer capabilities to allow for electronic filing which is mandatory in this Court and Plaintiff's attorneys are not registered to practice in this honorable Court.

LAW OFFICES
HUBERT M. SCHLOSBERG
2000 MASSACHUSETTS AVE., NW
THIRD FLOOR
WASHINGTON, D.C. 20036
(202) 483-3500

## II. ARGUMENT

### A. Removal of this Action is Discretionary.

Section 81 of the Washington Metropolitan Area Transit Authority Compact (the "Compact") grants original jurisdiction to the United States District Courts for matters involving WMATA. *See* D.C. Code Ann. § 9-1107.01 (2005). Notwithstanding the Compact's language, the Superior Court has concurrent jurisdiction with the federal courts regarding actions against WMATA. *Qasim v. WMATA*, 455 A.2d 904 (D.C. 1983). As such, section 81 of the Compact empowers the Superior Court, as well as this Court, to hear this action. Therefore, Plaintiff respectfully requests that this Court show deference to Plaintiff's choice of forum and allow the Superior Court to hear this case.

### B. Plaintiff's Request for Remand Has Been Brought In Good Faith.

In addition to the above, this matter should be remanded back to the Superior Court because Plaintiff's counsel does not have the capabilities to electronically file which is mandatory in this Court and Plaintiff's counsel is not registered to practice in this honorable Court. Consequently, Plaintiff is presented with a situation whereby he will be forced to employ another counsel to proceed with his case. A remand would afford Plaintiff his right to choose counsel and choose the forum in which to litigate his action. There is no indication of bad faith on Plaintiff's part in requesting that this action be remanded to the Superior Court. Additionally, WMATA would suffer no legal prejudice nor tactical disadvantage if this matter was remanded back to the Superior Court. This action is in the very early stages of litigation. Indeed, there has been no discovery in this matter. Next, the relief Plaintiff seeks is adequate and appropriate under the circumstances. There is no indication that Plaintiff's actions are to avoid any adverse rulings. Further, there is no indication that Plaintiff is motivated by bad-faith in bringing

LAW OFFICES
HUBERT M. SCHLOSBERG
2000 MASSACHUSETTS AVE., NW
THIRD FLOOR
WASHINGTON, D.C. 20036
(202) 483-3500

this opposition and request for a remand. In sum, WMATA will not be legally prejudiced by the granting of Plaintiff's request for this action to be remanded back to the Superior Court.

### III.  CONCLUSION

For the foregoing reasons, Plaintiff respectfully requests that the Court accept Plaintiff's opposition to WMATA's petition for removal and grant Plaintiff's request to remand this action back to the Superior Court.

Dated: June 19, 2006

Respectfully submitted,

/s/ Hubert M. Schlosberg

Hubert M. Schlosberg, Esq. #28290
Richard F. Johns #470103
2000 Massachusetts Ave., N.W. — 3rd Floor
Washington, DC 20036
(202) 483-3500

*Counsel for Plaintiff*

LAW OFFICES
HUBERT M. SCHLOSBERG
2000 MASSACHUSETTS AVE., NW
THIRD FLOOR
WASHINGTON, D.C. 20036
(202) 483-3500

3

## CERTIFICATE OF SERVICE

I hereby certify that I caused a copy of the foregoing to be served by first class mail, postage prepaid, this 19th day of June, 2006, upon:

Karen Kohn Fineblum, Esq.
Associate General Counsel
WMATA
600 Fifth street, N.W.
Washington, D.C. 20001

Hubert M. Schlosberg

LAW OFFICES
HUBERT M. SCHLOSBERG
2000 MASSACHUSETTS AVE., NW
THIRD FLOOR
WASHINGTON, D.C. 20036
(202) 483-3500