IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DAEVON BARKSDALE,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **CASE NUMBER: 06-1059 (RJL)** |
| ) | |
| **WASHINGTON METROPOLITAN** ) | |
| **AREA TRANSIT AUTHORITY,** ) | |
| ) | |
| Defendant. ) | |

## ORDER

**UPON CONSIDERATION** of Plaintiff's Opposition to Defendant's Petition for Removal and Request for Remand to the District of Columbia's Superior Court, any opposition thereto, and the record herein, it is hereby

**ORDERED**, that this action be and is hereby remanded back to Superior Court.

_____
Judge
United States District Judge

Date: _____

Copies to:

Hubert M. Schlosberg, Esq.
2000 Massachusetts Ave., N.W. – 3rd Floor
Washington, DC  20036

Karen Kohn Fineblum, Esq.
Associate General Counsel
WMATA
600 Fifth street, N.W.
Washington, D.C. 20001

LAW OFFICES
HUBERT M. SCHLOSBERG
2000 MASSACHUSETTS AVE., NW
THIRD FLOOR
WASHINGTON, D.C. 20036
(202) 483-3500