**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**DAEVON BARKSDALE, A MINOR BY HIS FATHER AND NEXT FRIEND, LEONARD PARKER**

**Plaintiff,**

**v.**

**WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY**

**Defendant.**

**Civil Action No. 06-1059-RJL**

## DEFENDANT WMATA'S NOTICE OF APPEAL

Notice is hereby given that Defendant Washington Metropolitan Area Transit Authority ("WMATA") hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from the Minute Order entered on or about October 11, 2006 granting Plaintiff's Motion for Remand to the District of Columbia Superior Court. Defendant timely filed a Notice of Removal on June 8, 2006. The District Court has original subject matter jurisdiction over this matter pursuant to § 81 of the WMATA Compact, codified at D.C. Code 9-1107.01. The District Court's October 11, 2006 Minute Order is therefore immediately reviewable. See Quackenbush v. Allstate Ins. Co. 517 U.S. 706, 711-715, 116 S.Ct.1712,1718-1720 (1996) and Republic of Venezuela v. Phillip Morris, Inc., 287 F.3d 192, 196 (D.C. Cir. 2002).

**Respectfully submitted,**

**Washington Metropolitan Area Transit Authority ("WMATA")**

______________________

**Mark F. Sullivan #430876**
**Deputy General Counsel**

___________________________

**Bruce P. Heppen #252171**
**Associate General Counsel**

________________________

**Fredric H. Schuster #385326**
**Associate General Counsel**
**Attorneys for Defendant -- WMATA**
**600 Fifth Street, N.W.**
**Washington, D.C. 20001**
**(202) 962-2560**

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing **Defendant WMATA's Notice of Appeal** was mailed, postage prepaid, this 25th day of October, 2006, to:

Hubert M. Schlosberg, Esquire
Attorney for Plaintiff
2000 Massachusetts Avenue., N.W.
Washington, D.C. 20036

___________________________

Fredric H. Schuster

N:\RESTRICT\CIVLAW\1fhs\Gen Lit\Barksdale appeal.wpd