# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 06-7193**                                                                 **September Term, 2007**

DAEVON BARKSDALE,
      APPELLEE

v.

WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY,
      APPELLANT



UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

FILED JAN 18 2008

CLERK

Appeal from the United States District Court
for the District of Columbia
(No. 06cv01059)

Before: GINSBURG, *Chief Judge*, and GARLAND, *Circuit Judge*, and EDWARDS, *Senior Circuit Judge*.

## JUDGMENT

This cause came on to be heard on the record on appeal from the United States District Court for the District of Columbia and was argued by counsel. On consideration thereof, it is

**ORDERED** and **ADJUDGED** that the judgment of the District Court appealed from in this cause is hereby reversed and the case is remanded, in accordance with the opinion of the court filed herein this date.

**Per Curiam**



MANDATE
Pursuant to the provisions of Fed. R. App. Pro. 41(a)
ISSUED: 2/27/08
BY:
ATTACHED: ___ Amending Order
           ___ Opinion
           ___ Order on Costs

FOR THE COURT:
Mark J. Langer, Clerk

BY: /s/ Michael C. McGrail
Michael C. McGrail
Deputy Clerk

Date: January 18, 2008

Opinion for the court filed by Chief Judge Ginsburg.

A True copy:

United States Court of Appeals
for the District of Columbia Circuit

By: _____ Deputy Clerk