IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAEVON MARKSDALE<br><br>  Plaintiff,<br>v.<br><br>WASHINGTON METROPOLITAN<br>AREA TRANSIT AUTHORITY<br><br>  Defendant. | Case No. 1:06CV1059 (RJL) |

### INITIAL SCHEDULING ORDER

UPON CONSIDERATION of the Report of Local Rule 16.3 Conference and the entire record herein, it this _____ day of _____, 2008 hereby

ORDERED that discovery shall be completed within 150 days from the date of the initial scheduling conference on April 22, 2008, or by September 19, 2008, and it is further;

ORDERED that any dispositive motions shall be filed no later than 45 days after the close of discovery, or by November 3, 2008, and any oppositions and replies thereto shall be filed in accordance with LCvR's 7 (b) and 7 (d); and it is further

ORDERED that Plaintiff shall provide his expert reports within 60 days from the initial scheduling conference, or by June 20, 2008, and Defendant shall provide its expert reports 60 days thereafter, or by August 20, 2008.

_____
RICHARD J. LEON
United States District Judge