**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| **DAEVON BARKSDALE** | ) | |
| | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **Case No. 1:06CV01059 (RJL)** |
| | ) | |
| **WASHINGTON METROPOLITAN** | ) | |
| **AREA TRANSIT AUTHORITY,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**STIPULATION REGARDING INITIAL DISCLOSURES**

In accordance with Local Rule 16.3, the parties hereby agree to waive the initial

disclosures as required by Federal Rule of Civil Procedure 26(a)(1).

Respectfully submitted,

_____/s/_____
Hubert M. Schlosberg, #28290
2000 Massachusetts Ave., N.W.
Third Floor
Washington, D.C. 20036
(202)-483-3500
Counsel for Plaintiffs

_____/s/_____
Fredric H. Schuster, # 385326
Washington Metro Area Transit Authority
600 Fifth Street, N.W.
Washington, D.C. 20001
(202) 962-2560
Counsel for Defendant WMATA