IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAEVON BARKSDALE ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> WASHINGTON METROPOLITAN ) <br> AREA TRANSIT AUTHORITY, ) <br> ) <br> Defendant. ) | Case No. 1:06CV01059 (RJL) |

## STIPULATION REGARDING INITIAL DISCLOSURES

In accordance with Local Rule 16.3, the parties hereby agree to waive the initial disclosures as required by Federal Rule of Civil Procedure 26(a)(1).

Respectfully submitted,

_____/s/_____
Hubert M. Schlosberg, #28290
2000 Massachusetts Ave., N.W.
Third Floor
Washington, D.C. 20036
(202)-483-3500
Counsel for Plaintiffs

_____/s/_____
Fredric H. Schuster, # 385326
Washington Metro Area Transit Authority
600 Fifth Street, N.W.
Washington, D.C. 20001
(202) 962-2560
Counsel for Defendant WMATA